UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80654-CIV-DIMITROULEAS

MT. HAWLEY INSURANCE COMPANY,
a foreign corporation,

    Plaintiff,

vs.

NUVISTA HEALTHCARE INVESTORS, LLC,
a Florida limited liability company,

    Defendant.
_____/

## **THIRD AMENDED FINAL DEFAULT JUDGMENT**

THIS CAUSE is before the Court upon Plaintiff's Motion to Amend Second Amended Final Default Judgment [DE 33], which the Court granted today by separate Order. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, for good cause shown, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion to Amend Second Amended Final Default Judgment [DE 33] is **GRANTED** as follows:

1. Amended Final Judgment is entered in favor of Plaintiff, MT. HAWLEY INSURANCE COMPANY (Mt. Hawley, and against Defendant, NUVISTA HEALTHCARE INVESTORS, LLC ("Nuvista").

2. NuVista is liable to Mt. Hawley pursuant to the terms of the Policy under Count I (Breach of Contract);

3. Mt. Hawley is entitled to an additional judgment in amount of $29,513.15 (consisting of a principal amount of $29,397.17 against NuVista, plus $115.98 in prejudgment interest);

4. Therefore, the prior Final Default Judgment [DE 14] is hereby amended as follows: Judgment is entered in favor of Mt. Hawley and against NuVista in the amount of $487,385.29;

5. The Court reserves jurisdiction to amend the judgment to include additional damages and losses that Mt. Hawley incurs after the date of this Order;

6. The Court reserves jurisdiction to award Mt. Hawley its attorneys' fees and costs associated with prosecuting this action;

7. The Clerk is **DIRECTED** to mail a copy of this Order to Defendant at the address below.

8. This case shall remain **CLOSED**.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 15th day of July, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies Furnished to:
Counsel of Record

NuVista Healthcare Investors, LLC
c/o Paul M. Walczak, its Registered Agent
2979 PGA Blvd. Suite 201
Palm Beach Gardens, FL  33410